UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Greg Bostard, *et al.*, | Hon. Joseph H. Rodriguez |
| Plaintiffs, | Civil Action No. 23-8564 |
| v. | ORDER |
| Verizon Communications, Inc., *et al.*, | |
| Defendants. | |

This matter having come before the Court on Motion to Dismiss [18] by Defendants Verizon Communications, Inc. and Verizon New Jersey, Inc.; and the Plaintiffs having filed an Amended Complaint on January 21, 2024, and the Court having granted Plaintiffs leave to file a Second Amended Complaint on March 14, 2024; and Plaintiffs having filed a Second Amended Complaint on March 18, 2024; therefore,

IT IS on this 19th day of March, 2024 hereby

ORDERED that, in light of Plaintiffs' amended complaint, Defendants' motion to dismiss the original complaint [18] is DENIED as moot.

*/s/ Joseph H. Rodriguez*
HON. JOSEPH H. RODRIGUEZ
United States District Judge