[ECF No. 33]

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| **GREG BOSTARD, et al.,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**VERIZON COMMUNICATIONS INC., et al.,**<br><br>    **Defendants.** | **Civil No. 23-8564 (JHR)(EAP)**<br><br><br>**ORDER ON MOTION TO COMPEL DISCOVERY** |

   This matter having come before the Court on Plaintiffs Greg Bostard and Tony Rockhill ("Plaintiffs") and Defendants Verizon Communications Inc.'s and Verizon New Jersey Inc.'s ("Defendants") November 25, 2024 joint letter to the Court, ECF No. 33, identifying and summarizing a discovery dispute; and the Court having reviewed the letter and the parties' respective positions regarding the dispute; and the Court having conducted a discovery dispute conference on the record with the parties on December 20, 2024, at which time the Court notified the parties that it intended to treat the letter as a motion to compel; and the Court further noting the following appearances: **Christopher L. Ayers, Esquire**, appearing on behalf of Plaintiffs; **Jennifer L. Del Medico, Esquire**, **Alisann K. Anderson, Esquire, and Harley Raff, Esquire**, appearing on behalf of Defendants; and for the reasons stated on the record, and good cause shown,

   **IT IS** this **20th** day of **December 2024**;

   **ORDERED** that Plaintiffs request for the production of documents is **DENIED WITHOUT PREJUDICE** pending the Court's decision on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 27.

          s/Elizabeth A. Pascal
          ELIZABETH A. PASCAL
          United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez, U.S.D.J.